UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| LOVESTA RISNER,<br>    Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SSA,<br>    Defendant. | CIVIL ACTION NO. 7:19-91-KKC<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court upon the motion to dismiss (DE 19) filed by the Commissioner of the Social Security Administration. With her complaint, Lovesta Risner asks this Court to review the Commissioner's denial of her application for disability benefits. The Commissioner argues that the complaint should be dismissed because it was not filed within 60 days of the date that Risner received notice of the denial as required by 42 U.S.C. § 405(g). The Commissioner further argues that Risner has not met the burden of establishing that any circumstances warrant equitable tolling of the limitations period.

Risner has not responded to the motion to dismiss. The Court agrees with the Commissioner's position. Accordingly, the Court hereby ORDERS that the Commissioner's motion to dismiss (DE 19) is GRANTED and Risner's complaint is DISMISSED.

Dated April 30, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY