UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **LOVESTA RISNER,**<br>    **Plaintiff,**<br><br>**V.**<br><br>**COMMISSIONER OF SSA,**<br>    **Defendant.** | **CIVIL ACTION NO. 7:19-91-KKC**<br><br>**JUDGMENT** |

*** *** ***

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the motion to dismiss filed by the defendant, the Commissioner of the Social Security Administration, (DE 19) is GRANTED;

2) the plaintiff's complaint is DISMISSED;

3) this matter is DISMISSED and STRICKEN from the Court's active docket; and

4) this judgment is FINAL and APPEALABLE.

Dated April 30, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY